UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDINA K.,<br><br>              Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>              Defendant. | Case No.: 3:21-cv-00472-AHG<br><br>**ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT**<br><br>**[ECF No. 19]** |

Before the Court is Plaintiff Medina K. ("Plaintiff") and Defendant Kilolo Kijakazi's ("Defendant" or "Commissioner") Joint Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment. ECF No. 19. Good cause appearing, the Court **GRANTS** the motion.

**IT IS HEREBY ORDERED** that the above-captioned case is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). Upon remand, the agency will vacate the Administrative Law Judge's ("ALJ") decision and remand the case to an ALJ for a new decision. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record.

The Clerk of the Court is **DIRECTED** to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

**IT IS SO ORDERED.**

Dated:  April 18, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge